UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS

FILED
SEP 15 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| SCOTT PHILLIP LEWIS,<br>*Plaintiff,*<br><br>v.<br><br>Michael Messere; NBCUniversal Media, LLC; Hannah Rappleye; Cesar Conde; Ryan Barber; Luke Cometti; West Genesee Central School District; Comcast Corporation<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ORIGINAL COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>1:25CV01517 ADA |

## PLAINTIFF'S ORIGINAL COMPLAINT

### I.   PARTIES

1. Plaintiff is Scott Phillip Lewis ("Plaintiff" "I"), proceeding *pro se*, an individual and currently a citizen of the State of New York and United States of America. At the time of the events in controversy, Plaintiff was a citizen of the State of Texas.

2. Defendant #1 is Michael Messere ("Messere"), an individual who was formerly the boys lacrosse coach at West Genesee High School in Camillus, NY from 1969 to 2018.

3. Defendant #2 is NBCUniversal Media, LLC ("NBC"), a subsidiary of Comcast Corporation and a mass media limited liability company headquartered in New York, NY. NBC can be served at

4. Defendant #3 is Hannah Rappleye, an individual who is, upon information and belief, an employee of NBC. Hannah Rappleye can be served somewhere in Nashville (sup Miley)

5. Defendant #4 is Cesar Conde, an individual and chairman of NBCUniversal News Group. Cesar Conde can be served at

6. Defendant #5 is Ryan Barber, an individual who is a graduate of Syracuse University with a degree in Information Management and Technology, who upon information and belief, is

1

employed at Accenture. Ryan Barber can be served at

7. Defendant #6 is Luke Cometti, an individual who is a graduate of Syracuse University with a degree in political science. Luke Cometti can be served at

8. Defendant #7 is West Genesee Central School District ("West Genny") is a school district located in Onondaga County, New York. West Genny can be served at

9. Defendant #8 is Comcast Corporation ("Comcast"), a mass media, telecommunications, and entertainment corporation headquartered in Philadelphia, PA. Comcast can be served at

## II. JURISDICTION AND VENUE

10. Jurisdiction is correct pursuant to 28 USC § 1332.

11. Venue is correct in the Austin Division of the Western District of Texas pursuant to 28 USC § 1391 because a substantial portion of the events and omissions took place in Travis County, Texas.

## III. BACKGROUND

12. On January 25, 2019, Plaintiff's manipulated and edited arrest was broadcast on the television show formerly known as "LivePD" without consent. Plaintiff's shoulder was broken after being assaulted in the Williamson County Jail upon learning of the edited and manipulated broadcast and suffering an anxiety attack. Javier Ambler was murdered in March 2019 while "LivePD" cameras were present.

13. This lawsuit stems from an article that was written by NBC News employee Hannah Rappleye who left out key information necessary to provide the audience full transparency of events. The information that was left out was defamatory and caused injuries to Plaintiff.

## IV. FACTUAL ALLEGATIONS
### The Creator's Game

2

14. While white conquistadors and explorers labeled what is now known as the United States of America as "The New World," the land was not so new to the people now referred to as "native americans."

15. It is important to acknowledge that everyone in the United States of America is an immigrant except for the Native Americans.

16. The Haudenosaunees are the inventors of the sport now known as lacrosse.

17. It was widely believed by the Haudenosaurnees that the game was a gift from the Creator with the ability to heal. The Creator's game is sacred to those who invented the sport, playing an important role in the functioning of communities and the spiritual make-up of individuals who comprise them.

## Who is Michael Messere?

18. Michael Messere had been the Boys High School Lacrosse coach at West Genesee High School from 1969 to 2018.

19. The program was commonly known for the knee high white socks.

20. Messere forced all players to wear socks to his liking, with the intention of using the socks to make the players "feel special." In order to play lacrosse for Messere, you had to become robotic. He would sell his coaching style as "discipline" but it was authoritarian. Anyone who dared to think for themselves, and not blindly follow Michael Messere, most likely did not make it to the varsity program. It was by design. Michael Messere wanted full control and his players to blindly follow his commands and used psychological tactics to achieve his end goal.

21. It is known that Messere used to rev the engine of his corvette to let his players know he was watching them.

22. Gaslighting, attempts at humiliating others and pettifogging are some of the psychological

weapons Messere employs to create his toxic cult-like culture.

23. Gaslighting is defined as to "manipulate (someone) using psychological methods into questioning their own sanity or powers of reasoning." Gaslighting is different from persuasion. Persuasion encourages critical thinking, common sense, logic and reasoning.

24. Gaslighting on the other hand is a psychological weapon used to undermine an individual into believing something that is not true. Gaslighting can be amplified by a large group, or groupthink, which is precisely what Messere built in Camillus, New York.

25. Messere's insecurity is easily triggered by teenagers, or those who are younger, more confident and/or happier than he is. When Messere's insecurity is triggered by a confident teenager, attempts at humiliating the confident teenager can be expected.

26. Pettifogging is one last tool in Messere's psychological warchest. Pettifogging is defined as "placing undue emphasis on petty details." Messere's cult-like groupthink culture uses pettifogging techniques to place emphasis on minor details to district conversations and attention from what is most important.

27. In ninth grade I chose to play hockey over basketball after being convinced by adults that I didn't have a chance at a basketball scholarship and I should play hockey. Even though I loved basketball, I was convinced to play hockey for the pursuit of a scholarship due to my family's financial situation.

28. I felt compelled to play hockey for the chance at a scholarship. Unaware at the time being a fifteen (15) year old teenager, I was surrounded by adults who had ulterior motives which didn't include mentoring kids to pursue their passions and reach their full potential or make their own decisions.

29. After losing in triple OT in the state championship hockey game, I was emotionally

exhausted and made the personal choice not to play lacrosse that season after playing for Messere and the varsity program in 2007. On June 15, 2008, I traveled to Long Island, New York to watch the West Genesee lacrosse team play in the state championship game.

30. After the game in which West Genny won the State Championship, I was man enough to approach Messere, shook his hand and said "congratulations."

31. I'll never forget what Messere said back to me. "Scott, you could have been part of this." I am not sure what Messere was talking about. I was part of that team in some way. First, I pushed guys on that team the whole way through. My compete level at practice helped that team since we were all in middle school. I may have not been on that team's roster, but I was certainly part of that championship. I think Messere was talking about being part of something else, possibly politically motivated, and not the lacrosse team. I have never regretted my decision to not play lacrosse that season. Any drip of respect I had remaining for Messere was gone.

## RYAN BARBER

32. On May 30, 2008, I went to West Genesee High School to attend the scheduled lacrosse game between Liverpool High School and West Genesee.

33. Upon arrival for the scheduled event, I was surprised to find the game was over, with many parents of players on the team looking as if they had witnessed a ghost.

34. Ryan Barber supposedly scored eight (8) goals in this game. After due diligence, information concerning the legitimacy of the purporting results could not be obtained.

35. According to Syracuse.com, which accurately tracks results of local high school sports teams, the game ended in a 0-0 tie, yet Ryan Barber scored eight (8) goals (https://highschoolsports.syracuse.com/school/camillus-west-genesee/boyslacrosse/season/20

5

07-2008/).

36. Upon information and belief, the results of this game were manufactured and the sporting competition was not legitimate. A manufactured result is like a scene from the World Wrestling Entertainment (WWE), where actors pretend to be fighting but are simply providing entertainment. A manufactured result has no place in legitimate sporting competitions, especially with the legalization of sports gambling.

37. In other words, upon information and belief, Ryan Barber became a part of manufactured sporting events and false narratives in 2008 as a captain for Mike Messere's lacrosse team.



38. In 2015, I had been enjoying my move from Syracuse, New York to Austin, Texas. I had moved from Syracuse, New York to Austin in the fall of 2014.

39. On or around June 2015, Ryan Barber decided to move to Austin, Texas to work remotely.

6

Ryan did not have a job in Austin, Texas at the time of moving there but later became a photographer for Iron Horse Lacrosse that fall.

40. Ryan Barber was roommates with Chris Bocklet in November 2015.

41. His mother watches a lot of CSPAN and upon information and belief, her vibes are rather reckless and she's heading for a crash.

## LUKE COMETTI

42. Prior to moving to Austin, Texas, there was an incident involving Luke Cometti that I want to make this Court aware of.

43. I graduated high school with Luke and Ryan Barber in 2008 from West Genesee High School. I was offered a JV Lacrosse Coach job for the same club as Luke upon moving to Austin, Texas in 2014. Since I graduated with Luke, had similar friends in the past and coached at the same lacrosse clubs, it appeared, or created the perception, that I was close friends with Luke Cometti.

44. I was not close friends with Luke Cometti prior to moving to Austin, Texas but was instead acquaintances through mutual friends.

45. Prior to moving, I was at a friend's house swimming. Luke Cometti, Ryan Barber and other individuals named Garrett Ryan and Matt Taylor were also in attendance.

46. I was doing flips off the diving board and landing into circular float tubes in the pool.

47. Luke Cometti couldn't do what I was doing. He kept missing the tube.

48. As petty as it seems, Luke's inability to do a flip off the diving board and land in a tube triggered his insecurity and was the beginning of conspiracy in the making.

## "LivePD" Story in 2020

49. My relationship with chronic pain begins in 2012. At this time, my left wrist was severely broken, requiring a fixation with screws and plates used to piece the arm back together.

7

Surgery was performed at Upstate Orthopedics in East Syracuse, New York. After surgery, I was prescribed Oxycontin, a pain killer known for its high risk for addiction and dependence. Oxycontin was originally advertised as not being addictive by distributors such as Purdue Pharmaceuticals located in Stamford, Connecticut.

50. The Johns Hopkins Medicine website explains "[w]hen pain becomes such a problem that it interferes with your life's work and normal activities, you may become the victim of a vicious circle. Pain may cause you to become preoccupied with the pain, depressed, and irritable. Depression and irritability often leads to insomnia and weariness, leading to more irritability, depression, and pain."
https://www.hopkinsmedicine.org/health/conditions-and-diseases/chronic-pain#:~:text=Pain%20may%20cause%20you%20to,suffering%2C%20sleeplessness%2C%20and%20sadness).

51. By 2013, I had noticed changes in life's work and normal activities because of the constant chronic pain in the left wrist. By May 2014, I made the choice to remain abstinent from alcoholic beverages as the chronic pain mixed with alcohol had become an unpleasant experience with irritable behavior becoming more frequent. Shortly after making this choice, I was hired as a Derivatives Trading Specialist at optionsXpress by Charles Schwab and JV Lacrosse Coach at Vandegrift High School in Austin, TX. I moved from Syracuse, New York.

52. In November 2015, I was involved in a hit and run accident on Rainey Street in Austin, Texas leaving me with a concussion and traumatic brain injury (TBI). The police who were involved never followed up with me, seemingly attempting to cover up what happened. I subsequently learned that the City of Austin police left me out of the police report, an act

furthering the ongoing attempted cover up.

53. After the 2015 hit and run incident, I experienced a progressive increase in attention-deficit/hyperactivity disorder ("ADHD") symptoms associated with the post-traumatic stress disorder ("PTSD") from the accident and lack of police professionalism, follow up and transparency.

54. After the progression of symptoms of PTSD and ADHD from the 2015 hit and run accident, I had developed an alcohol abuse disorder over time. While some could see the alcohol abuse, the root cause of the symptom went undiagnosed for a very long time. Even though I understood the symptoms he was experiencing, I was bombarded with conflicting opinions by individuals who did not care about the full truth, but instead focused on selective facts that best fit a desired narrative and bias.

55. Again symptoms of PTSD and ADHD were further exacerbated on or around July 2018 when a former roommate and also a coach at Vandegrift Lacrosse Club told me he had paid money to have a man killed over a disagreement in a lacrosse game. Stunned by such evil, I experienced an even further increase in ADHD and PTSD symptoms and separately, an increase in alcohol abuse, which is a symptom of PTSD and ADHD.

56. I made the choice to go to "A Forever Recovery," a rehabilitation facility in Battle Creek, Michigan. I knew this was not a good fit, almost immediately, as the facility wanted to focus solely on the alcohol abuse and not the reasons that caused such a symptom. I felt as if they were at a cult and made the decision to leave after approximately thirteen (13) days. This experience affected my overall well-being. "A Forever Recovery" is now believed to be permanently closed. Upon information and belief, "A Forever Recovery" and the owner at the time, Per Wickstrom, are associated with Scientology. I am, and never have been,

associated with Scientology. I believe the "Church of Scientology" is a a money grubbing cult that turns its members into hucksters using the religion moniker to achieve tax-exempt status

57. On January 25, 2019, I was arrested for driving while intoxicated in Williamson County, TX. Selective, manipulated and edited portions of the arrest were broadcast to over a million viewers on a television show advertising the edited arrests they were broadcasting as "unfiltered and unfettered," when in fact, it was not.

58. This show was called "LivePD," a hit television show that used law enforcement as entertainment. If an arrest was standard, it was less likely to be shown on television.

59. I suffered an anxiety attack when learning upon the non-consensual broadcast of the arrest and had my left shoulder broken by Williamson County Jail Staff as a result of the panic attack. I was then strapped to an immobilized chair for hours, having my blood drawn while strapped to a chair with a broken shoulder for suffering an anxiety attack.

## CATCH-22

60. According to Merriam-Webster, "catch-22" was first added to the dictionary in 1963.

61. A catch-22 is defined as "a dilemma or difficult circumstance from which there is no escape because of mutually conflicting or dependent conditions."

62. After the "LivePD" arrest in January 2019 and Javier Ambler's murder in March 2019, I was contacted by Hannah Rappleye of NBC News in June 2020.

63. I had started an account on the social media platform formerly relevant as Twitter in December 2019. I had been outspoken over the lies and misinformation coming from Williamson County, Texas.

64. I had suspicions that Williamson County, Texas was covering up more than the events

stemming from my arrest. I had full intentions of flipping the rock and watching all the critters run from the light.

65. This is exactly what happened in June 2020 when the public first became aware of Javier Ambler's murder. It took over a year for the public to learn what "LivePD" was doing.

66. During the 22-minute car crash prior to Ambler's murder, it was reported that Ambler had crashed several times prior to being tased to death by police for the creation of a television show.

67. I felt my experience had significance to Ambler's investigation. After all, I was chased by a civilian vehicle when I had legitimate concerns for my safety, prior to being arrested with a camera crew present.

68. Evidence of Ambler running from the police has never been offered to the public by prosecutors from Ken Paxton's Attorney General office in the State of Texas, yet this was the narrative that was created by those involved.

69. I was willing to speak to NBC because I thought they legitimately cared about pursuing the truth.

70. Instead, I was about to be put into a "catch-22" situation.

71. The criminal proceedings from the LivePD DWI arrest were still ongoing. I was onto my second attorney and desperately trying to bring the truth to light about what happened to me, not only the events before and during the arrest, but how my shoulder was broken unconstitutionally in the Williamson County jail.

72. I trusted that a major news organization would be interested in pursuing the truth.

73. After nearly five (5) months and many delays, Hannah was ready to release her story in October 2020.

74. Prior to releasing the story, she told me that details of my shoulder being broken in the Williamson County, Texas jail would be left out of her story due to decisions made by her editor, Cesar Conde.

75. This put me in a dilemma, or a "catch-22."

76. If I decided to run my portion of the story, a false narrative could easily be concocted that "I was making things up" about my shoulder being broken in the jail because it was left out of the story.

77. If I decided to pull the plug on my portion of the story, a false narrative could easily be concocted that "I was making things up" because I decided not to be included in the story in the end.

78. It was a "lose-lose situation", by design of NBC.

79. Since my criminal proceedings were still ongoing, I made the decision to be included in the story. I had conviction that my experiences were similar to what Javier Ambler faced.

80. At this time, I thought Hannah was interested in the truth and follow up articles would be written.

81. At the time, I figured I would have the opportunity to exercise my constitutional rights in court to show what happened on the night of my arrest. Any notion that "I was making things up," would be alleviated.

82. Plus, I had complete conviction that Javier Ambler was in a car chase with a civilian vehicle prior to the "LivePD" cameras showing up. I didn't believe he was running from law enforcement.

83. Again, if he was engaged in a 22-minute car chase with police, evidence was not offered to the public.

### The Creation of Donald Trump

84. A failed venture, especially in the United States of America, does not define the success of a businessman. After all, you only fail if you fail to try again. Lessons can be learned, skills can be honed or circumstances can change.

85. Donald Trump, however, has not achieved much success in his professional life. Donald Trump has been instead propped up by a perception of success instead of measurable achievement of a positive impact on society and communities.

86. In 2016, Donald Trump, a businessman who appealed to crowds by not being a lifelong politician, was sold as "a successful businessman."

87. Prior to being elected as the 45th President in 2016, Donald Trump told the American people he would run the Country like his business, which if Trump's business pattern continues, means the United States of America is bound to go bankrupt.

88. Donald Trump's list of failed ventures is quite staggering and his success stories are few. Trump University, Trump Casinos, Trump Mortgage, Truth Social, Trump Steaks, The Trump Network, Trump Vodka, Trump Shuttle, GoTrump.com, Trump Ice, Trump Home, Trump Fragrances, Trump: The Game, Trump Communications, Trump Magazine and Trump Institute comprise Donald Trump's failed ventures.

89. So where did this perception that Donald Trump is a "successful" businessman begin?

90. In order to answer this question, NBC's "The Apprentice" must be analyzed. "The Apprentice" was a television show that began in 2004 featuring Donald Trump.

91. Aspiring businesspeople would compete for a contract with Donald Trump. In order to sell the show, or produce ratings, Donald Trump needed to be sold to the public as a successful

businessman, even if he wasn't.

92. Michael Cohen served as Donald Trump's attorney during the filming of the NBC show. During Donald Trump's first-term, Cohen was known as Trump's "fixer" and was ultimately convicted and sentenced for tax evasion, making false statements to a federally insured bank, and campaign finance violations.

93. Today, Michael Cohen is a regular on MSNBC, a subsidiary of NBC News, amazingly used as a "credible source" on the network that inflated the success of the con-man in chief, Donald "Chump" Trump.

94. NBC is responsible for the creation of Donald Trump and the current destruction to the system of checks and balances and republic form of government which makes the United States of America the most righteous form of government in the history of the world.

95. In other words, Donald Trump, at the creation of NBC, is currently working to dismantle the most righteous form of government in the history of the world.

### Mob Mentality 2008

96. Michael Messere loves control and exhibits a strong need for authority. Anyone, especially a teenager, who disagreed with Michael Messere would become an outcast. That's certainly me.

97. Those who did not conform to the controlling nature of Michael Messere were destined for life to become much more difficult. Michael Messere was in charge of the school of sabotage and attempts at humiliation, West Genesee High School.

98. On Senior Day, it is well known that pranks are plentiful. On the morning of Senior Day, I was told about a water fight that would take place after first period from a classmate. I don't know where the idea began, but alike many other students, I began spreading the news of the water fight. When the water fight took place, another student asked me to hold his books and

calculator and he went running and sliding. He slid like he was on a "slip and slide" and took out the back of the legs of the school janitor. I laughed regrettably but I did not believe the student whose materials I was holding caused the incident intentionally and I didn't think it was a serious enough fall to cause an injury. I now believe this was a manufactured situation that was set up to make it look like I was laughing and part of a set up prank to take out the janitor.

99. Around third period, the fire alarm was pulled. The situation was chaotic and borderline out of control. Looking back, it felt like I was in a hypnotized state trying to process all of the chaos.

100. It was a mob mentally. I was part of the mob. I had nothing to do with setting up what was transpiring. I, like hundreds of other students, were caught in the mob mentality and it was escalating.

101. After the fire alarm was pulled, Jerry Crossett ("Mr. Crossett"), a high school teacher and my middle school lacrosse coach, came up to me and said "somebody is going to get hurt." That's what snapped me out of the hypnotized state. I looked around and accessed the scene. I saw things going sideways. I immediately went to another student and told him to stop and that someone would get hurt.

102. He repeated what I said to other students. Others repeated what he said. The mob mentality quelled. I, along with Mr. Crossett, helped stop the mob mentality that third period but I had nothing to do with starting it. Because I took action to stop what was happening, the school of sabotage labeled me as the one who started and stopped the mob.

103. The mob mentality I experienced in 2008 is eerily similar to what transpired on January 6, 2021 when an angry mob entered the Capitol at the calling of Donald Trump and Ken

15

Paxton.

## IV. CLAIMS
## CLAIM I- DEFAMATION
*Against NBC, Comcast, Hannah Rappleye and Cesar Conde*

104. Plaintiff hereby incorporates all proceeding paragraphs as fully stated here within and alleges as followed.

105. The story published by Hannah Rappleye does not contain information about the shoulder injury that was sustained in Williamson County Jail.

106. By choosing to leave out this vital part of the article, Defendants NBC, Comcast, Hannah Rappleye and Cesar Conde intentionally made misrepresentations in the publishing of the article.

107. These intentional misrepresentations of fact skew the public perception of events.

108. These intentional misrepresentations allowed individuals to create false narratives for ulterior motives, namely to ruin my credibility.

109. The intentional misrepresentation of facts caused injuries to Plaintiff.

110. Plaintiff requests any and all relief available.

## CLAIM II- DEFAMATION
*Against West Genesee Central High School, Mike Messere, Ryan Barber, Luke Cometti*

111. Plaintiff hereby incorporates all proceeding paragraphs as fully stated here within and alleges as followed.

112. Defendants West Genny, Messere, Ryan Barber and Luke Cometti intentionally misrepresented information about the events before, during and after the televised LivePD arrest.

113. These Defendants engaged in misrepresentation to pursue ulterior motives, which did not include sharing the truth with the public.

16

114. These intentional misrepresentations were false narratives for ulterior motives, namely to ruin my credibility, in order to pursue their desired personal, professional and political outcomes.

115. These intentional misrepresentations caused injuries to Plaintiff.

116. Plaintiff requests any and all relief available.

## V. DAMAGES

117. Plaintiff suffered and claims the following damages:

- Past and future mental anguish
- Past and future impairment
- Past and future medical expenses
- Past and future loss of earning capacity
- Past and future physical suffering
- Loss of consortium

## VI. JURY DEMAND

118. Plaintiff respectfully requests jury trial pursuant to the provisions of FED. R. CIV. P. 48

## VII. PRAYER FOR RELIEF

119. Accordingly, Plaintiff requests that judgment be awarded against Defendants for:

(1) Compensatory damages;

(2) Punitive or exemplary damages;

(3) Costs of Court;

(4) Prejudgment and postjudgment interest at the highest rate allowable under law;

(5) Unliquidated damages at the highest amount that is within the jurisdictional limits of the court;

(6) And all over relief to which Plaintiff is justly entitled.

Respectfully submitted,
/s/Scott Phillip Lewis
Scott Phillip Lewis
518-551-3061
scottphilliplewis@gmail.com