UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT PHILLIP LEWIS, § | | |
|     *Plaintiff,* § | | |
| § | | |
| v. § | | 1:25-CV-1517-ADA-ML |
| § | | |
| MICHAEL MESSERE; NBC § | | |
| UNIVERSAL MEDIA, LLC; § | | |
| HANNAH RAPPLEYE; CESAR § | | |
| CONDE; RYAN BARBER,; LUKE § | | |
| COMETTI; WEST GENNESEE § | | |
| CENTRAL SCHOOL DISTRICT; § | | |
| COMCAST CORPORATION, § | | |
|     *Defendants.* § | | |

# ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 4. The report and recommendation reviewed the merits of Plaintiff Scott Phillip Lewis's claims and recommended that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE.** Judge Lane issued the report and recommendation on October 1, 2025. Plaintiff filed a motion requesting an extension of time to object to Judge Lane's Report and Recommendation, seeking an extension of over a month. Dkt. 6. The undersigned denied that motion, finding that the circumstances did not justify the extension sought. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court.

28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 4) is **ADOPTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** on October 24, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE